| | |
|---|---|
| **From:** | Matthew Hubbard |
| **To:** | Michael Pileggi |
| **Subject:** | Stanley Davis Cases |
| **Date:** | Monday, September 12, 2022 12:01:00 PM |
| **Importance:** | High |

Mike, I discussed your latest global demand to settle your *Stanley Davis* cases ($90K) with my authority.  We will accept your demand so long as it disposes of all claims (including claims against Stanley Davis).  Let me know the amount for each plaintiff and I will prepare releases ASAP.

Have a good day!

Kevin

Matthew Kevin Hubbard

Senior Attorney

City of Philadelphia Law Department

Civil Rights Unit

1515 Arch Street, 14th Floor
Philadelphia, PA  19102-1595
(215) 683-5391 (direct dial)
(215) 683-5397 (fax)
(215) 900-2304 (cell)
matthew.hubbard@phila.gov


THIS MESSAGE FROM MATTHEW KEVIN HUBBARD CONTAINS INFORMATION THAT MAY BE ATTORNEY WORK PRODUCT, PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE, OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.  UNLESS YOU ARE THE ADDRESSEE (OR AUTHORIZED TO RECEIVE MESSAGES FOR THE ADDRESSEE), YOU MAY NOT USE, COPY OR DISCLOSE TO ANYONE THE MESSAGE OR ANY INFORMATION CONTAINED IN OR ATTACHED TO THE MESSAGE.  IF YOU HAVE RECEIVED THIS MESSAGE IN ERROR, PLEASE ADVISE THE SENDER BY REPLY E-MAIL, AND DELETE THE MESSAGE.

**EXHIBIT A**