

CITY OF PHILADELPHIA

LAW DEPARTMENT
One Parkway
1515 Arch Street
Philadelphia, PA 19102-1595

**Diana P. Cortes**
**City Solicitor**

Matthew Kevin Hubbard
Senior Attorney
Civil Rights Unit
14th Floor
215-683-5391
215-683-5397 (fax)
matthew.hubbard@phila.gov

October 3, 2022

**VIA U.S. POSTAL SERVICE AND EMAIL**

Michael Pileggi, Esquire
303 Chestnut Street
Philadelphia, PA  19106

RE:   *Hafiz Durbin v. City of Philadelphia,* **USDC 2:21-cv-04954-GJP**

Dear Mr. Pileggi:

Enclosed, please find a Release to be signed by your client before a Notary Public. Please be advised that pursuant to Internal Revenue Service regulations, when settlements and judgments are paid by the City of Philadelphia, a copy of IRS Form W-9 for either the law firm or the attorney must be provided. The City of Philadelphia cannot complete the processing of the settlement check without this form. Please complete the enclosed W-9.

Once the release is signed and notarized, and the W-9 completed, please return them to me so I may process the issuance of the settlement check. Also, notify the Court that this case has settled.

Thank you for your attention to this matter.

Sincerely,

Matthew Kevin Hubbard
Senior Attorney

MKH/
Enclosures

**EXHIBIT B**



# CITY OF PHILADELPHIA

LAW DEPARTMENT
One Parkway
1515 Arch Street
Philadelphia, PA 19102-1595

## GENERAL RELEASE

Hafiz Durbin
c/o Michael Pileggi, Esquire
303 Chestnut Street
Philadelphia, PA  19106

In Reply Please Refer To:
DOL: 4/1/2010
File #108030SD

**Payable within 45 days of Receipt of Properly Executed Release**

**Hafiz Durbin v. City of Philadelphia, et al.**
**U.S. District Ct. (E.D. Pa.) Dkt. No. 2:21-cv-04954-GJP**

**The lower portion of this form is a release.  Please read it carefully before signing.**

For and in consideration of the sum of **Ten Thousand Dollars ($10,000.00)**, I, **Hafiz Durbin (sometimes hereinafter referred to as "Releasor")**, the plaintiff in the above-styled civil action, do hereby remise, release, and forever discharge former Philadelphia Police Officer Stanley Davis, Jr. (Badge #9660) and the City of Philadelphia, its agents, servants, workers or employees, and any and all other persons, associations or organizations, whether known or unknown, foreseen or unforeseen **(sometimes hereinafter referred to collectively as "Releasees")**, of all actual and/or potential liability accrued and hereafter to accrue on account of and from all, and all manner of, actions and causes of action, claims and demands whatsoever, either in law or equity, based on a claim for injuries and/or damages arising from the arrest of **Releasor** on April 1, 2010, and which is more fully described in **Releasor's** Complaint, which against the said **Releasees**, I, **Hafiz Durbin**, ever had, now have, or which my heirs, executors, administrators or assigns, or any of them, hereafter can, shall or may have, for, or by reason of any cause, matter or thing whatsoever arising from the above incident.

By signing this release, the **Releasor** affirms that any pending lien arising from benefits paid by the Pennsylvania Department of Human Services or any other entity on account of any injuries arising from the above incident has been or will be duly satisfied.

It is further understood that acceptance of this release and payment of the consideration herein named is not to be construed in any court whatsoever, or otherwise, as an admission of

liability on the part of the said **Releasees** for the causing of the said accident or incident above referred to.

I, **Hafiz Durbin,** waive any claim for additional damages or interest under Philadelphia Civil Rule 229.1.

IN WITNESS WHEREOF, I have hereunto set my hand and seal the _____ day of _____, two thousand and twenty-two, and do hereby declare that I voluntarily accept said sum for the purpose of making a full and final compromise, adjustment and settlement of the injuries and/or damages above-mentioned, known or unknown, foreseen or unforeseen, including, but not limited to, attorney's fees and costs.

Sworn to and subscribed before me this

_____ day of _____, 2022.

_____
NOTARY PUBLIC

_____
**HAFIZ DURBIN**
SS#: 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
DOB: 4/12/1991